# Court of Appeals
# of the State of Georgia

ATLANTA,  September 07, 2017

*The Court of Appeals hereby passes the following order:*

**A18D0007.  WASEEM DAKER v. QUINTON RUSH, SHERIFF et al.**

This Court granted Waseem Daker, a pro se prisoner, an extension of time through July 10, 2017, to file an application for discretionary appeal from the trial court's order denying the filing of a complaint alleging a violation of the Open Records Act.  Because the application was not physically docketed until July 13, 2017, this Court dismissed it as untimely.  On motion for reconsideration, however, Daker correctly points out that as he actually tendered the application to prison officials for mailing on July 10, 2017,  under Court of Appeals Rule 4 (d), the application was timely.  For that reason, we grant Daker's motion for reconsideration, vacate our dismissal order of August 4, 2017, and reinstate the application.

Nevertheless, upon considering the merits of the application, the application is denied.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  09/07/2017*
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*